**Opinion issued December 7, 2017**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-17-00738-CV

_____

## IN RE TEXAS PREMIER RESOURCES, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Texas Premier Resources, LLC filed a petition for writ of mandamus asking that we compel the trial court to strike the intervention of real parties in interest, Dustin Horn, Hope Horn, Faith Horn, Anna Horn, and Tyson Horn.[1]

---

[1] The underlying case is *Marie Castro v. Texas Premier Resources, LLC d/b/a Premier Tank Truck Services*, cause number 2015-23102, pending in the 129th District Court of Harris County, Texas, the Honorable Michael Gomez presiding.

The petition is denied. *See* TEX. R. APP. P. 52.8(d). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Caughey.